(Official Form 1)

FORM B1

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | Voluntary Petition |

NAME OF DEBTOR (Last, First, Middle):

GAVIN, VERNICE

NAME OF JOINT DEBTOR (Spouse) (Last, First, Middle):

ALL OTHER NAMES USED IN THE LAST 6 YEARS
(include married, maiden, and trade names):
NONE

ALL OTHER NAMES USED BY THE JOINT DEBTOR IN THE LAST 6 YEARS
(include married, maiden, and trade names):

SOC. SEC./TAX I.D. NO.:
*** ** -0808

SOC. SEC./TAX I.D. NO. (if more than one, state all):

STREET ADDRESS OF DEBTOR:
11701 S EMBRY
FULTON, IL  60419

STREET ADDRESS OF JOINT DEBTOR:

COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS:
COOK

COUNTY OF RESIDENCE OR OF THE PRINCIPAL PLACE OF BUSINESS:

MAILING ADDRESS OF DEBTOR:
SAME

MAILING ADDRESS OF JOINT DEBTOR:

LOCATION OF PRINCIPAL BUSINESS DEBTOR (if different from street address above):
NOT APPLICABLE

## Information Regarding the Debtor (Check the Applicable Boxes)

VENUE (Check any applicable box)
[X] Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
[ ] There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

TYPE OF DEBTOR (Check all boxes that apply)
[X] Individual
[ ] Corporation
[ ] Partnership
[ ] Other

[ ] Railroad
[ ] Stockbroker
[ ] Commodity Broker

CHAPTER OR SECTION OF BANKRUPTCY CODE UNDER WHICH THE PETITION IS FILED (Check one box)
[ ] Chapter 7   [ ] Chapter 11   [X] Chapter 13
[ ] Chapter 9   [ ] Chapter 12
[ ] Sec. 304 - Case ancillary to foreign proceeding

NATURE OF DEBTS (Check one box)
[X] Consumer/Non-Business   [ ] Business

CHAPTER 11 SMALL BUSINESS (Check all boxes that apply)
[ ] Debtor is a small business as defined in 11 U.S.C. §101
[ ] Debtor is and elects to be considered a small business under 11 U.S.C. §1121(e) (optional)

STATISTICAL/ADMINISTRATIVE INFORMATION (Estimates only)
[ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
[X] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

ESTIMATED NO. OF CREDITORS
ESTIMATED ASSETS
ESTIMATED DEBTS

FILING FEE (Check one box)
[ ] Filing fee attached
[ ] Filing fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments.

U.S. Bankruptcy Court
Northern District Of Illinois
Filed: 07/13/2004
Time: 15:50:21
Debtor: VERNICE GAVIN
Case: 04-26057      Fee : 194
Chapter: 13 Rec. # : 3090568
Judge: John Squires
341 mtg: 08/09/2004 @ 03:00PM
ConfHrg: 09/01/2004 @ 10:30AM
Trustee: MARILYN MARSHALL

1:04BK26057-BK001

(Official Form 1) (9/97)

| Voluntary Petition | NAME OF DEBTOR(S):  FORM B1, Page 2 |
|---|---|
| ·(This page must be completed and filed in every case) | *DEBTOR* |

## PRIOR BANKRUPTCY CASE FILED WITHIN LAST 6 YEARS

| LOCATION WHERE FILED: *Northern* | CASE NUMBER: *SEE ATTACHED* | DATE FILED: |
|---|---|---|

## PENDING BANKRUPTCY CASE FILED BY ANY SPOUSE, PARTNER, OR AFFILIATE OF THE DEBTOR

| NAME OF DEBTOR: *NONE* | CASE NUMBER: | DATE: |
|---|---|---|
| DISTRICT: | RELATIONSHIP: | JUDGE: |

## SIGNATURES

### SIGNATURE(S) OF DEBTOR(S) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, U.S. Code, understand the relief available under each such chapter and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Debtor: *DEBTOR*

X _____
Joint Debtor:
Telephone No. ( ) (Pro Per):
Date:

### SIGNATURE OF ATTORNEY

X _____
Attorney: *Thomas Holstein*
Bar No.:
Firm Name: *Thomas Holstein*
Address: *109 West Elm Street*
     *Chicago, Illinois 60610*
     *Bar No. 1251716*
Telephone No: *(312)351-7399*
Date:

### EXHIBIT A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K & 10Q) with the SEC pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)
[  ] Exhibit A is attached and made a part of this petition.

### EXHIBIT B

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, U.S. Code, and have explained the relief available under each such chapter.

X _____
Attorney: *Thomas Holstein*
Date:

### SIGNATURE OF DEBTOR (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

Name:
Title:
Date:

### SIGNATURE OF NON-ATTORNEY PETITION PREPARER

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. S110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

Name:
Social Security Number:
Address:

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
·Signature of Preparer
Date:

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.
11 USC S110; 18 USC S156

IN RE VERNICE GAVIN

PRIOR FILINGS FOR HUSBAND, RODNEY GAVIN
THIS DEBTORS INCOME WAS USED ON 02-42270 & 03-41969

02-42270 HUSBAND ONLY - DI F 10-28-02

03-41969 HUSBAND ONLY - DI F 10-14-03

04-09 HUSBAND ONLY DI F 11-04 DISMISSED

BERNICE GAVIN
1701 S EDBROOKE
DALTON, IL 60419

Thomas Holstein
West Elm Street
Chicago, Illinois
Tax No. 1293716

BANK OF NEW YORK
FISHER & FISHER
N. LASALLE,
CHICAGO, IL 60601

CHICAGO DEPT OF WATER
S. STATE
410
CHICAGO, IL 60602

CAPITAL
PAYMENT CENTER
CHICAGO, IL 606

COOK COUNTY ASSESSOR
N CLARK ST,
CHICAGO IL 60601

INTERNAL REVENUE
INSOLVENCY UNIT
S. DEARBORN ST.
CHICAGO, IL 60601

PEOPLES GAS
P.O. BOX 149
AURORA IL 60507

BANK AMERICA
AUP 19
PALM DESERT

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re  *VERNICE . . .*                                          Case No.
                                                               Chapter 13
                                                   / Debtor

Attorney for Deb . . . . Roustein

## SUMMARY OF SCHEDULES

| NAME OF SCH | ATTACHED YES/NO | NO. OF SHEETS | A S S E T S LIABILITIES | |
|---|---|---|---|---|
| A - Real Prop | Yes | 1 | $ | |
| B - Personal | Yes | 1 | $ | |
| C - Property As Exempt | Yes | 1 | | |
| D - Creditor Secured | Yes | 1 | $  101,709.00 | |
| E - Creditor Unsecured Claims | Yes | 1 | $  0.00 | |
| F - Creditor Unsecured Claims | Yes | 1 | $  3,300.00 | |
| G - Executory and Unexpired | Yes | 1 | | |
| H - Codebtor | Yes | 1 | | |
| I - Current In Individual | Yes | 1 | $ | |
| J - Current Individual | Yes | 1 | $ | |
| Total number of sheets of All Schedules > | | 12 | | |

Total Assets >  $  115,72 . . .

Total Li . . . .  $  105,000.00

In re: VERNI...                                          Case No.

## SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | H W J C | Market Value of Debtor's Interest | Amount of Secured Claim |
|---|---|---|---|---|
| 14701 S EDBRO... | | | $ 100,090 | $ ..,... |
| | | Total | $ 100,090 | |

In re: VERNI...                                           Case No.

## SCHEDULE B    PERSONAL PROPERTY

| Description of Property | Location | H - Husband W - Wife J - Joint C - ... |
|---|---|---|

1.  Cash on hand.
    *CASH*

2.  Checking, ... or other financial account ... or ... ...es of
    deposits ... ... in banks, savings, thrift ... ... and loan,
    and home... ... ...ations, or credit union... ... ... houses,
    or cooper...
    *ILLIANA ... ... NK CHECKING $160 SVGS $50...*

3.  Security de... ... ...th public utilities, te... ... ...anies,
    landlords...
    [x] NONE

4.  Household ... and furnishings, including a... ... ... and
    computer e...
    *ALL HOUSE... ... ...INGS*

5.  Books; pi... ... and other art objects; antiq... ... coin,
    record, ... ...act disc, and other colle... ... ...llectibles.
    *BOOKS AN...*

6.  Wearing a...
    *ALL WEARIN...*

7.  Furs and ...
    [x] NONE

8.  Firearms and ... ...ts, photographic, and other ...ody equipment.
    [x] NONE

9.  Interests in insurance policies.
    *LIFE INS ... ...ERICA NO CASH VALUE*
    *AFLACK ...D... ... DUCTED FROM PAY-NO CASH ...*

10. Annuities.
    [x] NONE

11. Interests in ... ...RISA, Keogh, or other pen... ... profit sharing
    plans.
    *401K*

12. Stock and ... in incorporated and un... ...ated businesses.
    [x] NONE

In re: _VERNIE_                                                              Debtor      Case No.

## SCHEDULE B — PERSONAL PROPERTY
### (Continuation Sheet)

| Description of Property | Location | H W J C |
|---|---|---|

13. Interests in partnerships or joint ventures.
    [x] NONE

14. Government and corporate bonds and other negotiable and non-negotiable instruments.
    [x] NONE

15. Accounts receivable.
    [x] NONE

16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.
    [x] NONE

17. Other liquidated debts owing debtor including tax refunds.
    [x] NONE

18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property.
    [x] NONE

19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust.
    [x] NONE

20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.
    [x] NONE

21. Patents, copyrights, and other intellectual property.
    [x] NONE

22. Licenses, franchises, and other general intangibles.
    [x] NONE

23. Automobiles, trucks, trailers, and other vehicles and accessories.
    [x] NONE

24. Boats, motors, and accessories.
    [x] NONE

In re: VENMILL

Case No.

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation)

| Description of Property | Location | H<br>W<br>J<br>C |
| --- | --- | --- |

5.  Aircraft and accessories.
    [x] NONE

26. Office equipment, furnishings, and supplies.
    [x] NONE

27. Machinery, fixtures, equipment, and supplies used in business.
    [x] NONE

28. Inventory.
    [x] NONE

29. Animals.
    [x] NONE

30. Crops - growing or harvested.
    [x] NONE

31. Farming equipment and implements.
    [x] NONE

32. Farm supplies, chemicals, and feed.
    [x] NONE

33. Other personal property of any kind not already listed.
    [x] NONE

Total

In re: VERNICE                                                                    Debtor       Case No.

### SCHEDULE C - PROPERTY CLAIMED EXEMPT

Debtor elects the exemptions to which debtor is entitled under:
[x] 11 USC 5??          Exemptions available under laws applicable in nonbankruptcy
                        federal, laws, and state or ??? laws.

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|

Real Property
11701 S EDBRWN                                                                                    $ 18,000
                                                                      $ 7,500

Cash on hand
CASH                                                                                              $ 100
                        25 ILCS 5/12-1001(b)                          $ 100

Deposits of money with banks, etc
JULIANA ELDBRWN        CHECKING $100 SVGS $500                                                    $ 600
                        ? ILCS 5/12-1001(b)                           $ 600

Household goods and furnishings
ALL HOUSEHOLD GOODS                                                                               $ 675
                        5 ILCS 5/12-1001(b)                           $ 675

Books, pictures, art and collections
BOOKS AND PICT                                                                                    $ 100
                        5 ILCS 5/12-1001(a)                           $ 100

Wearing apparel
ALL WEARING APPAREL                                                                               $ 200
                        5 ILCS 5/12-1001(a)                           $ 200

Interests in pension or profit sharing plans
401K                                                                                              $ 2,000
                        5 ILCS 5/12-1006                              $ 2,000

IN RE: VERNON                                                    Case No.

## SCHEDULE D — CREDITORS HOLDING SECURED CLAIMS

| Creditor's ... address | Date, Nature of ... Description ... | Claim Amount | |
|---|---|---|---|
| 1. Account No. BANK OF ... & FISHER ... 120 N. LA... STE. 2520 CHICAGO, ... | Mortgage-R... 14701 S EDE... Value: $ 3... | $ 72,000.00 | |
| 2. Account No. ...494?? BANK OF ... & FISHER ... 120 N. LA... STE. 2520 CHICAGO, ... | ARREARS ON ... 14701 S EDE... DR DR... Value: $ 2... | $ 26,260.00 | |
| 3. Account No. CHICAGO TI... 333 S. ... #LL10 CHICAGO, ... | NOTICE ONLY RESIDENCE Value: $ 0... | $ 0.00 | |
| 4. Account No. ...0000 COOK COUNT... ...SSOR'S OFFICE 118 N CLA... ...434 CHICAGO, ... | REAL ESTAT... ... RESIDENCE Value: $ 1... | $ 1,580.00 | |
| 5. Account No. INTERNAL R... ...RVICE INSOLVENCY ... 230 S. ... ST. CHICAGO, ... | INCOME TAX ... INCOME TAX ... Value: $ 1... | $ 1,860.00 | |

No continuation ... attached                    Total    $ 101,700.00
                                                 Total    $ 101,700.00

In re: VERN_____ ____ _____ ____ __   Case No. _____

## SCHEDULE E    CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

[X] Debtor has ___ _____ holding unsecured pr____ty _____ to report on this
Schedule ___

## TYPES OF PRIORITY CLAIMS

[ ] **Extension_ __ _redit in an involuntary case**
   Claims ar_ ___ __ the ordinary course of the _____ business or financial affairs
   after the _____ of the case but before ___ _____ of the appointment ___ _
   trustee o_ _____ for relief.  11 U.S.C. _____.

[ ] **Wages, sal_ri_s, and commissions**
   Wages, sal____ _ _nd commissions, including ___ __ __verance, and sick ___ __ pay
   owing to _____ ___ comm___ ___ owing to ___ ___ independent sales
   represent_____ __ to $4800* per person ear___ _____ 90 days immediately ____ ___
   the filing __ ___ original petition, or the _____ __ business, wh_____
   occurred _____ the extent provided in 1_ _____ _507(a)(3).

[ ] **Contributions to employee benefit plans**
   Money owed __ ___loyee benefit plans for se____ ___ dered within 180 days _____
   preceding ___ _____ of the original petition __ _____sation of business, whichever
   occurred _____ the extent provided in 11 _____ _507(a)(4).

[ ] **Certain farmers and fishermen**
   Claims of _____ farmers and fishermen, up ___ _____ per farmer or fisherm__ _____
   the debtor ____ ___ lied in 11 U.S.C. $507(a_____.

[ ] **Deposits by individuals**
   Claims of _____ is up to $1800* for depos__ ___ __e purchase, lease, ___ ____ __
   property __ _____ es for personal, family, __ _____ use, that were not ___ ___ed
   or provide_ _____ _.S.C. $507 (a)(6).

[ ] **Alimony, Maintenance, or Support**
   Claims of _ _____ __, former spouse, or child ____ ___ for, for alimony, ma_____ ___
   support, ___ _____ent provided in 11 U.S.C. ___ __07.

[ ] **Taxes and Certain Other Debts Owed to Governmental Units**
   Taxes, cust___ _uties, and penalties owing t_ _____l, state, and local gover_____ __
   units as ___ _____ in 11 U.S.C. $507(a)(8).

[ ] **Commitments to Maintain the Capital of an Insured Depository Institutions**
   Claims base_ __ _mmitments to the FDIC, RTC, _____ of the Office of Thrif_
   Supervisi__ __mptroller of the Currency, or _____ Governors of the Feder__ _____
   System, o_ ___ ___decessors or successors, __ ma____in the capital of an _____
   depositor_ ___titution.  (11 U.S.C. $507(a)(_).

* Amounts are _____ _djustment on April 1, ____, __ every three years th_____
with respec_ __ _____mencement_ __ on after th_ ____ __ adjustment.

____ continuation sh____ attached

In re: VERNICE                                                    Case No.

SCHEDULE F    CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| Creditor Name and Address | Date Claim Incurred and Consideration for Claim | Amount of Claim |
|---|---|---|
| 1.  Account #<br>COMED<br>BILL PAYMENT<br>CHICAGO, | Utility bill | 1,095.00 |
| 2.  Account #<br>NICOR GAS<br>P.O. NO.<br>AURORA IL | Utility bill | 0.00 |
| 3.  Account #<br>TALK AMERICA<br>2764 ALT<br>NORTH PALM, FL 34668 | NOTICE ONLY | 0.00 |

No continuation sheets attached

Subtotal:    $ 1,095.00
Total:       $ 1,095.00

In re: *VERNAL*                                                    Case No.

## SCHEDULE G   EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Name and Address                    Dates of Contra
Parties to Inst                     and Debtor's Int

[X] No executo         latory     arel leases.

IN RE: VERNA

Case No.

## SCHEDULE H – CODEBTORS

Name and Address
of Codebtor

Name and Address
of Creditor

RODNEY V GAVIN
SAME AS DEBTOR

XEROX OF NEW YORK
c/o PHILIP A FISHER
1 S LASALLE, STE. 2520
CHICAGO, IL. 60602

XEROX OF NEW YORK
c/o PHILIP A FISHER
1 S LASALLE, STE. 2520
CHICAGO, IL. 60602

DEPARTMENT OF WATER
CITY OF CHICAGO
CHICAGO, IL. 60604

COOK COUNTY ASSESSOR'S OFFICE
118 N CLARK ST, RM 434
CHICAGO, 60602

INTERNAL REVENUE SERVICE
INSOLVENCY UNIT
230 S DEARBORN ST.
CHICAGO, IL 60604

In re: VENNIE _____   _____   Case No. _____

## SCHEDULE I CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

DEBTOR'S MARITAL ___   *Married*

DEPENDENTS OF ___   B SPOUSE:

| NAME | | RELATIONSHIP |
|---|---|---|
| DEPTH | | SON |

EMPLOYMENT:

| | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | ONE ___ | NOT FILING |
| Name of Employer | FARCO FOODS | FARCO FOODS |
| How long Emp | 20 YRS | 5 YRS |
| Employer Addr | 2200 W CHATMAN | 2200 W CHATMAN |
| | BLUE I. ABB IL | BLUE ISLAND IL |

| | DEBTOR | SPOUSE |
|---|---|---|
| INCOME: | | |
| Current monthly ___ wages, salary, and commis | $ 2,324.40 | $ |
| Estimated monthly ___ | $ 0.00 | $ |
| | $ 2,324.40 | $ |
| LESS PAYROLL DEDUCTIONS | | |
| a. Payroll ___ or social security | $ 421.20 | $ |
| b. Insurance | $ 130.22 | $ |
| c. Union dues | $ 0.00 | $ |
| d. Other: ___ | $ 27.60 | $ |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ 579.02 | $ |
| TOTAL NET MONTHLY TAKE HOME PAY | $ 1,745.38 | $ |
| Regular income ___ operation of business or pr ___ | $ 0.00 | $ |
| (attach detailed ___ ment) | $ 0.00 | $ |
| Income from ___ | $ 0.00 | $ |
| interest and di ___ | | |
| Alimony, mainten ___ support payments payable to the debtor | | |
| for the debtor ___ or that of dependents listed above | $ 0.00 | $ |
| Social security ___ other government assistance | $ 0.00 | $ |
| Pension or retir ___ nt income | $ 0.00 | $ |
| Other monthly in ___ | | |
| CONTRIBUTION ___ HSBAND NOT FILING | $ 1,639.00 | $ |
| THIS IS T ___ MONTHLY PAY BUDGET HH EXPEN ___ | | |
| INCLUDE HH ___ | | |
| TOTAL MONTHLY INCOME | $ 3,384.38 | $ |
| TOTAL COMBINED ___ INCOME | $ 3,384.38 | |

Describe any ___ e decrease of more than ___ of the above column ___
anticipated to ___ in the year following the filing of this document:
NONE

In re: VERN...                                                        Case No.

## SCHEDULE J CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

[ ] Check this box if a joint petition is filed and debtor's spouse maintains a separate
household. Complete a separate schedule of expenditures labeled "Spouse".

| | | |
|---|---|---|
| Rent or home mortgage payment (include lot rented for mobile home) | $ | ...00 |
| Are real estate ... included? Yes___ No_x_ | | |
| Is property insurance included? Yes___ No_x_ | | |
| Utilities: Electricity and heating fuel | $ | .00 |
| Water and sewer | $ | .00 |
| Telephone | $ | .00 |
| Other | $ | .00 |
| Home maintenance (repairs and upkeep) | $ | .00 |
| Food | $ | ...00 |
| Clothing | $ | .00 |
| Laundry and ... | $ | .00 |
| Medical and dental expenses | $ | .00 |
| Transportation (not including car payments) | $ | ...00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | .00 |
| Charitable contributions | $ | .00 |
| Insurance (not deducted from wages or included in home mortgage payments) | | |
| Homeowner's or renter's | $ | .00 |
| Life | $ | .00 |
| Health | $ | .00 |
| Auto | $ | .00 |
| Other | $ | .00 |
| Taxes (not deducted from wages or included in home mortgage payments) | $ | .00 |
| RE TAX not included in MTG | | |
| Installment payments (Do not list payments to be made under the plan) | | |
| Auto | $ | .00 |
| Other | $ | .00 |
| Alimony, maintenance, and support paid to others | $ | 0.00 |
| Payments for support of additional dependents not living at your home | $ | 0.00 |
| Regular expenses from operation of business, profession, or farm | $ | |
| (attach detailed statement) | | |
| Other | $ | .00 |
| TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules) | $ | |

## FOR CHAPTER 12 AND 13 DEBTORS ONLY

| | | |
|---|---|---|
| A. Total projected monthly income | $ | |
| B. Total projected monthly expenses | $ | |
| C. Excess income (A minus B) | $ | |
| D. Total amount to be paid into plan Weekly | $ | |

In re _____ / Debtors       Case No.

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing Statement of Financial Affairs and any attachments thereto and that they are true and correct.

Date _6-17-04_                Signature _Vernice M. Hauin_
                                        *Debtor*

Date _____          Signature _____
                                        *Joint Debtor*

Penalty for making a false statement or concealing property. Fines of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. SS 152 and 3571.

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re  *VERNI...*                                    Case No.
                                                     Chapter ...
                                          ___/ Debtor

Attorney for ...

## STATEMENT OF FINANCIAL AFFAIRS

1. Income from ...

State the ... amount of income the debtor ... received from employment, trade ...
profession, ... ... of the debtor's bu... ... the beginning of th... ...
year to the ... ... ... State ... amounts received ... ...
two years immed... ... preceding this case ...

*DEBTOR*
Income, ... ... to date: *77,9...*
          ... year: *74,5...*
          ... year: *72,6...*
          ... *EMPLOYMENT*

2. Income other ... ... ... Employment or Operation ... ...

State the ... ... income received by the ... ... than from employment, tr...,
profession, or ... ... of the debtor's busine... ... two years immedia...
preceding the ... ... ... of this case.

*WIFE INFO*   ... *4 YR IRS RETURNED APPR...*  *...*
Income, ... ... *12,5... US CONTR TO B...  ...NOX $4,000 CHILD...*
          ... *25,0...*
          ... *25,0...*
          ... *HUSBANDS EMPLOYMENT*

3. Payments ...

a. List all ... on loans, installments ... ... of goods or services, and other debts, ... more than $600 to any ... ... within 90 days ... ... proceeding the ... ... of this case.

[X] None

_____

b. List ... made within one year ... ... preceding the commencement of this case to ... ... benefit of creditors wh ... ... insiders.

[X] None

_____

4. Suits and Ad... ... ive Proceedings, Exec... ... ... ... ments and Attachment(s)

a. List of ... and administrative proce... ... ... the debtor is or was party within ... ... immediately preceding the ... ... this bankruptcy case.

Title: *BANK OF NEW YORK V ...*
... #: *03CH9941*
Court/Agen... ... location: *COOK COUNTY CHANCER...*
Nature of ... ... ing: *FORECLOSURE*
... status: *PENDING*

_____

b. Descri... ... property that has been att... ... ... ed or seized under ... ... gal or equitable pr... ... ... ... in one year immediately ... ... the commencement of ... ... case.

[X] None

_____

5. Repossessi... ... ... losures and Returns.

List all ... ... that has been repossessed ... ... creditor, sold at a foreclosure sale, transfer... ... ... gh a deed in lieu of foreclosure ... returned to the sell... within one year immedi... ... preceding the commencement of this case.

[X] None

_____

6. Assignments _____

a. Describe _____ assignment of property for _____ of creditors made within ___ 120 days immediately _____ the commencement of _____

[X] None

b. List all _____ which has been in the _____ of a custodian, receiver, or court-appointed _____ within one year immedi_____ preceding the commencement of this case.

[X] None

7. Gifts.

List all _____ and charitable contributions _____ ___ one year immediately ___ _____ the commencement of ___ _____ _____ ordinary and ___ ___ to family member aggregating less _____ $200 in value per individ__ ___ member and charitable contributions _____ _____ ___ less than $100 per rec____ ___

[X] None

8. Losses.

List all l____ ___ a fire, theft, other ca___ _____ _____ ___ within one year immediately p___ ___ the commencement of this ___ _____ of the commencement of ____ case.

[X] None

9. Payments Related __ _____ Debt Counseling or Bankr_____ _.

List all ___ ___ made or property transfer___ ___ ___ behalf of the deb___ ___ __ persons, includ___ __ ___neys, for consultation ___ ___ __ debt consolidation, __ __ ___ __ the bankruptcy __ __ __ preparation of a petition ___ bankruptcy within one year ___ __ ___ preceding the ___ __ ___ of this case.

      *Thomas Hershtein*
      ___ *101 West Elm Street*
      ___ *Chicago, Illinois 60610,* ___ ___ ___ *1116*

Date of ___ __ ___
      ___ ___ *PATRICK GAVIN*

      Payme__ ___ *$ ___,__*

10. Other Transfers

    List all ... property, other than property transferred in the ordinary course of
the business ... of the debtor, transferred either absolutely or as
security within ... immediately preceding the commencement of this case.

    [X] None

_____     _____     _____

11. Closed Financial Accounts.

    List all financial accounts and instruments held in the name of the debtor or for
benefit of the debtor which were closed, sold, ... or transferred within one year
immediately preceding the commencement of this case. ... include checking, savings, or other
financial accounts, certificates of deposit, or ... accounts; shares and share
accounts held in banks, credit unions, pension funds, cooperatives, associations,
brokerage houses, or other financial institutions.

    [X] None

_____     _____     _____

12. Safe Deposit Boxes.

    List each safe deposit or other box or depository in which the debtor has ...
securities, cash, or other valuables within one ... immediately preceding the
commencement of this case.

    [X] None

_____     _____     _____

13. Setoffs.

    List all setoffs made by any creditor, including ... bank, against a debt or deposit of
the debtor within ... preceding the commencement of this case.

    [X] None

_____     _____     _____

14. Property held for another person.

List all property owned by another person that the debtor holds or controls.

[X] None

_____   _____   _____

15. Prior Address of Debtor.

If the debtor has moved within the two years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.

[X] None

_____   _____   _____

16. Nature, location and name of business.

a. If the debtor is an individual, list the names and addresses of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed professional within the two years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the two year.

b. If the debtor is a partnership, list the names and addresses of all businesses in which the debtor was a partner or owned 5 percent or more of the voting securities, within the two years immediately preceding the commencement of this case.

c. If the debtor is a corporation, list the names and addresses of all businesses in which the debtor was a partner or owned 5 percent or more of the voting securities within the two years immediately preceding the commencement of this case.

[X] None

_____   _____   _____

17. Books, records and financial statements.

a. List all ... keepers and accountants who ... the six years immediately
preceding the filing of this bankruptcy case kep ... and keeping of books
account and re ... the debtor.

[X] None

_____          _____          _____

b. List all ... and individuals who within ... immediately preceded the
filing of the ... have audited the ... ant and records, ... a financial statement ... of the debtor.

[X] None

_____          _____          _____

c. List all ... individuals who at the ... the commencement of this case
were in possession ... the books of account and ... debtor. If any of the books
of account ... are not available, expla...

[X] None

_____          _____          _____

d. List all ... financial institutions, credit ... parties, including ...
and trade ... financial statements ... within two years ...
preceding the ... of this case by the ...

[X] None

_____          _____          _____

18. Inventories.

a. List the ... the last two inventor... your property. The ...
person who su... the taking of each invento... dollar amount ...
each invento...

[X] None

_____          _____          _____

b. List the ... and address of the person ... possession of the ...
of the two ... reported in a., above.

[X] None

_____          _____          _____

19. Current _____ _____, Officers, Directors and S_____

a. If th_ _____ is a partnership, list th_ _____ _ percentage of partne__ _
interest o_ _____ _ __ this p_____.

[X] No__

_____     _____     _____

b. If the _____ is a corporation, list al_ _____ __ directors o_ the _____
tion, and each _____ holder who directly or indir_____ ly o__ controls, or holds __ __ ___
__ more of the _____ _ _____ities of the corporat____

[X] None

_____     _____     _____

20. Former ____ _____ _____, officers and sh_____

a. If the _____ __ a partnership, list ea__ _____ ho withdrew from the _____ ____
within one ye__ _____ __ly preceding the commen_____ o_ __ this case.

[X] None

_____     _____     _____

b. If the _____ __ a corporation, list al_ _____ __ directors w_o__ _____ ____ __
with the corpor____ _____ion _____ in one year __ __ di__ ly preceding the commence__ __
this case.

[X] None

_____     _____     _____

21. Withdrawals ____ _ Partnership or Distributio_ _y _ Corporation.

If the deb____ __ _ partnership or corporat___, list all withdrawals o_ di_____ ___
credited or giv__ __ _ insider, including comp_____ in any form, bonuses, ___ __ o__ _
redemptions, ___ _____rred and any other perq_____ d__ing one year immedi_____
preceding the _____ _____ent of this case.

[X] None

_____     _____     _____

In re:_____ / Debtors      Case No.

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing Statement of Financial Affairs and any attachments thereto and that they are true and correct.

Date  6-17-04          Signature _Vernice M. Slauin_
                                        Debtor

Date_____    Signature_____
                                        Joint Debtor

Penalty for making a false statement or concealing property.  Fines of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. SS 152 and 3571.

Statement of Affairs

# UNITED STATES BANKRUPTCY COURT

## NOTICE TO INDIVIDUAL CONSUMER DEBTOR

The purpose of this notice is to acquaint you with the four chapters of the federal Bankruptcy Code under which you may file a bankruptcy petition. The bankruptcy law is complicated and not easily described. Therefore, you should seek the advice of an attorney to learn of your rights and responsibilities under the law should you decide to file a petition with the court. Court employees are prohibited from giving you legal advice.

**Chapter 7:** Liquidation ($130 filing fee plus $45 administrative fee)

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts.

2. Under chapter 7 a trustee takes possession of all your property. You may claim certain of your property as exempt under governing law. The trustee then liquidates the property and uses the proceeds to pay your creditors according to the priorities of the Bankruptcy Code.

3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, your discharge may be denied by the court, and the purpose for which you filed the bankruptcy petition will be defeated.

4. Even if you receive a discharge, there are some debts that are not discharged under the law. Therefore, you may still be responsible for such debts as certain taxes and student loans, alimony and support payments, criminal restitution, debts for death or personal injury caused by driving while intoxicated from alcohol or drugs.

5. Under certain circumstances you may keep property that you have purchased subject to valid security interest. Your attorney can explain the options that are available to you.

**Chapter 13:** Repayment of All or Part of the Debts of an Individual with Regular Income ($130 filing fee plus $30 administrative fee)

1. Chapter 13 is designed for individuals with regular income who are temporarily unable to pay their debts but would like to pay them in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2. Under chapter 13 you must file a plan with the court to repay your creditors all or part of the money that you owe them, using your future earnings. Usually, the period allowed by the court to repay your debts is three years, but no more than five years. Your plan must be approved by the court before it can take effect.

3. Under chapter 13, unlike chapter 7, you may keep all your property, both exempt and non-exempt, as long as you continue to make payments under the plan.

4. After completion of payments under your plan, your debts are discharged except alimony and support payments, student loans, certain debts including criminal fines and restitution and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs, and long term secured obligations.

**Chapter 11:** Reorganization ($800 filing fee)

Chapter 11 is designed primarily for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

**Chapter 12:** Family farmer ($200 filing fee)

Chapter 12 is designed to permit family farmers to repay their debts over a period of time from future earnings and is in many ways similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm.

I, the debtor, affirm that I have read this notice.

___6-17-04___         _Vernice M. Larrin_         _____
Date                   Signature of Debtor          Case Number

Debtor Copy / Court Copy
(B 201 Rev 1/95)

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re  *VERN...*                                    Case No.
                                                   Chapter 13
_____        _____ / Debtor

Attorney for the ... 

### STATEMENT Pursuant to Rule 2016(b)

The undersigned ... and to Rule 2016(b), Rules ... nkruptcy Procedure, states that:

1. The unde... is the attorney for the debt... in this case.

2. The compensation paid or promised by the Debtor ... the undersigned, is ...
   a) For fee ... services rendered, or to be re... contemplation of ...
      and in ... tion with this case ...
   b) Prior to ... ing of this Statement, D... is to paid. ...
   c) Balance ...

3. The filing ... has been paid.

4. The Services rendered or to be rendered include the following:
   a) Analysis of the financial situation, and rendering advice and assistance to the
      debtor ... in determining whether to file ... under Title 11, Unit...
   b) Preparation and filing of the petition, ... ules statement of affairs, and othe...
      documents ... quired by the Court.
   c) Representation of the debtor at the first meeting of creditors.

5. The source ... ments made by the debtor(s) ... undersigned was from earnings,
   wages and compensation for services performed, and ...
   *none of...*

6. The source ... ments to be made by the debtor ... to the undersigned for the unpaid
   balance rem... if any, will be from earnings, wages and compensation for ...
   performed, in future order.

7. The undersigned has received no transfer, assignment or pledge of property ...
   following ... value stated:
   *None.*

8. The undersigned has not shared or agreed to share with any other entity, othe... than
   with members of undersigned's law firm, any compensation paid or to be paid ...
   as follows: ...

Dated:                                    Respectfully submitted,


               Attorney for Petitioner: *Israel Goldstein*
                                        ... Elm Street
                                        ... Illinois 60640
                                        ... 761716