IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Gavin, Vernice

Printed: 11/04/08

Case Number: 04 B 26057
Judge: Squires, John H
Filed: 7/13/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: August 13, 2008
Confirmed: September 15, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 64,281.13 |  |
| Secured: |  | 59,990.17 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 3,275.20 |
| Other Funds: |  | 1,015.76 |
| Totals: | 64,281.13 | 64,281.13 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Bank Of New York | Secured | 32,631.03 | 26,402.59 |
| 2. | Bank Of New York | Secured | 42,107.34 | 32,909.60 |
| 3. | Cook County Treasurer | Secured | 1,580.00 | 677.98 |
| 4. | Internal Revenue Service | Priority | 309.67 | 0.00 |
| 5. | Bank Of New York | Unsecured | 200.00 | 0.00 |
| 6. | Internal Revenue Service | Unsecured | 44.08 | 0.00 |
| 7. | Cook County Treasurer | Unsecured | 1,529.33 | 0.00 |
| 8. | RJM Acquisitions LLC | Unsecured | 49.35 | 0.00 |
| 9. | City Of Chicago | Secured |  | No Claim Filed |
| 10. | Commonwealth Edison | Unsecured |  | No Claim Filed |
| 11. | Nicor Gas | Unsecured |  | No Claim Filed |
|  |  |  | $ 78,450.80 | $ 59,990.17 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 604.99 |
| 4% | 214.70 |
| 3% | 149.51 |
| 5.5% | 809.29 |
| 5% | 228.91 |
| 4.8% | 449.10 |
| 5.4% | 818.70 |
|  | $ 3,275.20 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Gavin, Vernice

Printed: 11/04/08

Case Number:  04 B 26057
Judge:  Squires, John H
Filed:  7/13/04

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

